UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER C. RIZZO, | **FRCP RULE 7.1** |
| | **DISCLOSURE STATEMENT** |
| Plaintiff, | |
| v. | Case No. 23-CV-00406 |
| | |
| CLOVER GROUP, INC., et al., | |
| | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and General Order No. 157 entered on May 31, 2022 by the Honorable Elizabeth A. Wolford, Chief Judge of the United States District Court for the Western District of New York, the undersigned counsel of record for Defendant, The Carlyle Group Inc. (incorrectly identified in the Complaint in this action as "The Carlyle Group") states, as of the date hereof, as follows:

1. Defendant The Carlyle Group Inc. is a foreign corporation incorporated in the State of Delaware and headquartered in Washington, D.C.

2. As of the date hereof, no publicly held corporation owns 10% or more of the common stock of The Carlyle Group Inc.

3. Defendant The Carlyle Group Inc. to the best of its current knowledge, does not have any members, shareholders, partners, or individuals in leadership positions whose identities may reasonably bear on the Court's decision whether to recuse, on motion or *sua sponte*.

[*The remainder of this page is intentionally left blank.*]

HARRIS BEACH PLLC
ATTORNEYS AT LAW

Dated:  August 31, 2023
         Pittsford, New York

          HARRIS BEACH PLLC

          s/Daniel J. Moore
          Daniel J. Moore
          *Attorneys for Defendant The Carlyle Group*
          99 Garnsey Road
          Pittsford, New York 14534
          Tel:     585-419-8626
          Fax:    585-419-8817
          Email: dmoore@harrisbeach.com

2