UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PETER C. RIZZO,                                   **FRCP RULE 7.1**
                                                           **DISCLOSURE STATEMENT**
                        Plaintiff,
v.                                                         Case No. 23-CV-00406

CLOVER GROUP, INC., et al.,

                        Defendants.

Pursuant to Federal Rule of Civil Procedure 7.1 and General Order No. 157 entered on May 31, 2022 by the Honorable Elizabeth A. Wolford, Chief Judge of the United States District Court for the Western District of New York, the undersigned counsel of record for Defendant, Carlyle Clover Partners 2, L.P. states, as of the date hereof, as follows:

1.      Defendant Carlyle Clover Partners 2, L.P. is a foreign limited partnership. An indirect subsidiary of The Carlyle Group Inc. acts as Carlyle Clover Partners 2, L.P.'s general partner. No publicly held corporation owns 10% or more of the partnership.

2.      Defendant Carlyle Clover Partners 2, L.P. to the best of its current knowledge, does not have any members, shareholders, partners, or individuals in leadership positions whose identities may reasonably bear on the Court's decision whether to recuse, on motion or *sua sponte*.

[*The remainder of this page is intentionally left blank.*]

HARRIS BEACH PLLC
ATTORNEYS AT LAW

Dated:  August 31, 2023
        Pittsford, New York

                               HARRIS BEACH PLLC

                               s/Daniel J. Moore
                               Daniel J. Moore
                               *Attorneys for Defendant Carlyle Clover*
                                    *Partners 2, L.P.*
                               99 Garnsey Road
                               Pittsford, New York 14534
                               Tel:     585-419-8626
                               Fax:    585-419-8817
                               Email: dmoore@harrisbeach.com