# EXHIBIT B

# MEMORANDUM TO FILE

Alexandria N. Rowen
Direct Dial: 716.848.1759



**Date:**   September 14, 2023

**Re:**   <u>Voicemail from Nathan McMurray received at 12:37 pm on 9/13/23</u>

      Ms. Rowen, this is Nate McMurray calling.  Give me a call back if you can - 716-517-5506.  Thank you.

AR: