# EXHIBIT C

| | |
|---|---|
| **From:** | Nathan McMurray |
| **To:** | Rowen, Alexandria N. |
| **Subject:** | Scheduling |
| **Date:** | Wednesday, September 13, 2023 12:40:37 PM |

**External Email - Use Caution**

Dear Ms. Rowan,

I hope this letter finds you well. I called earlier to discuss scheduling issues for the Rizzo/Forrest matters. Can you please call me back at your earliest convenience?

716-517-5506

Sincerely,