# EXHIBIT D

**From:** Network Notifications
**To:** Rowen, Alexandria N.
**Subject:** Rizzo v. Clover Group, Inc., et al. (Case No. 1:23-cv-00406) - Motion to Seal Large File Recipient Access
**Date:** Wednesday, September 13, 2023 11:18:30 AM

## Large File Send
Sent Files Accessed



**nmcmurray@advocatesny.com** accessed the file(s) that you shared on Sep 13 2023 11:18

© 2016 Mimecast Services Limited and affiliates. The information contained in this communication is confidential and may be legally privileged. It is intended solely for use by the intended recipient. If you are not the intended recipient, or authorized to receive it, any disclosure, copying, distribution or reliance of the contents of this information is strictly prohibited.