# EXHIBIT E

| | |
|---|---|
| **From:** | Rowen, Alexandria N. |
| **To:** | "Joseph J. Manna"; nmcmurray@advocatesny.com |
| **Cc:** | dmoore@harrisbeach.com; Perry, Adam W.; tsun@gibsondunn.com |
| **Subject:** | RE: Rizzo v. Clover Group, Inc., et al. (Case No. 1:23-cv-00406) - Motion to Seal |
| **Date:** | Thursday, September 7, 2023 9:46:02 AM |
| **Attachments:** | image001.png |
| | image004.png |

Hi Joseph,

After you click "Download Files" it does bring you to a page asking for an access key.  There is a big orange button that says "Get Access Key" right above where it needs to be entered.  This will generate the code you need.

The passcodes are unique to each user, so unfortunately I will not be able to provide one for you.

Thanks,
Alex

**Alexandria N. Rowen**
Associate
Hodgson Russ LLP

Tel:   716.848.1759
Fax:   716.819.4663



Twitter | LinkedIn | website | e-mail

The Guaranty Building | 140 Pearl Street, Suite 100 | Buffalo, NY 14202
Tel: 716.856.4000 | map

**From:** Joseph J. Manna <JManna@lglaw.com>
**Sent:** Thursday, September 7, 2023 9:42 AM
**To:** Rowen, Alexandria N. <Arowen@hodgsonruss.com>; nmcmurray@advocatesny.com
**Cc:** dmoore@harrisbeach.com; Perry, Adam W. <APerry@hodgsonruss.com>; tsun@gibsondunn.com
**Subject:** RE: Rizzo v. Clover Group, Inc., et al. (Case No. 1:23-cv-00406) - Motion to Seal

**External Email - Use Caution**

Alex,

It is asking for an access code, which I do not think I have? Thanks.



**Joseph J. Manna**
Attorney at Law

42 Delaware Ave | Suite 120 | Buffalo, NY 14202
**TEL** 716 849 1333 x396 | **FAX** 716 855 1580
email | profile | website | map | vCard

**NOTICE:** Please excuse transcription errors made by voice recognition software. This message contains privileged and confidential information intended only for the use of the persons named above. If you are not the intended recipient, you are hereby notified that any distribution or copying of this message is prohibited.

**From:** Rowen, Alexandria N. <Arowen@hodgsonruss.com>
**Sent:** Wednesday, September 6, 2023 5:07 PM
**To:** nmcmurray@advocatesny.com
**Cc:** dmoore@harrisbeach.com; Perry, Adam W. <aperry@hodgsonruss.com>; Joseph J. Manna <JManna@lglaw.com>; tsun@gibsondunn.com
**Subject:** Rizzo v. Clover Group, Inc., et al. (Case No. 1:23-cv-00406) - Motion to Seal

I'm using Mimecast to share large files with you. Please see the attached instructions.

Hello,

Please see the attached, which is also being sent via U.S. Mail.

Thanks,
Alex

**Alexandria N. Rowen**
Associate
Hodgson Russ LLP

Tel: 716.848.1759
Fax: 716.819.4663



[Twitter](#) | [LinkedIn](#) | [website](#) | [e-mail](#)

The Guaranty Building | 140 Pearl Street, Suite 100 | Buffalo, NY 14202

Tel: 716.856.4000 | [map](#)

*This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient, you are notified that any disclosure, copying, or use of the contents of this message is strictly prohibited. If this message has been received by you in error, please notify the sender immediately by e-mail and delete the original message. Thank you.*