UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PETER C. RIZZO,

            Plaintiff,

v.

CLOVER GROUP, INC.,
CLOVER MANAGEMENT, INC.,
CLOVER CONSTRUCTION MANAGEMENT, INC.,
CLOVER CONSTRUCTION MANAGEMENT WEST CORP.,
THE CARLYLE GROUP,
CARLYLE CLOVER PARTNERS, L.P.,
CARLYLE CLOVER PARTNERS 2, L.P.,
WELLTOWER, INC.,
WELL IBIS PORTFOLIO MEMBER, LLC,
WELLCLOVER VENUTRES, LLC,
WELLCLOVER HOLDINGS, LLC,
CLOVER COMMUNITIES FUND I, L.P.,
CLOVER COMMUNITIES FUND II, L.P.,
CLOVER COMMUNITIES FUND III, L.P.,
CLOVER COMMUNITIES FUND IV, L.P.,
CLOVER COMMUNITIES FUND V, L.P.,
CLOVER COMMUNITIES FUND V, LLC,
MICHAEL L. JOSEPH,
ALLISON H. JOSEPH PENDLETON,
RICHARD A. GREENSPAN,
ROBERT D. JACK, and
EMILY BRADY,

            Defendants.

Index No.: 1:23-cv-00406

**NOTICE OF APPEARANCE**

---

    **PLEASE TAKE NOTICE** that Christopher R. Poole, Esq., a member in the law firm of Lipsitz Green Scime Cambria LLP, hereby enters his appearance in this action as counsel of record for Defendant, Richard A. Greenspan, and demands that all papers and electronic filings

in this action also be served upon the undersigned electronically and/or at the post office address below.

DATED:  Buffalo, New York
        December 14, 2023

**LIPSITZ GREEN SCIME CAMBRIA LLP**

By: ___/s/Christopher R. Poole___
    Christopher R. Poole, Esq.
    *Attorneys for Defendant*
    *Richard A. Greenspan*
    42 Delaware Avenue, Suite 120
    Buffalo, New York 14202
    716-849-1333
    cpoole@lglaw.com