UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PETER C. RIZZO,

                              Plaintiff,

v.

CLOVER GROUP, INC.,
CLOVER MANAGEMENT, INC.,
CLOVER CONSTRUCTION MANAGEMENT, INC.,
CLOVER CONSTRUCTION MANAGEMENT WEST CORP.,
THE CARLYLE GROUP,
CARLYLE CLOVER PARTNERS, L.P.,
CARLYLE CLOVER PARTNERS 2, L.P.,
WELLTOWER, INC.,
WELL IBIS PORTFOLIO MEMBER, LLC,
WELLCLOVER VENTURES, LLC,
WELLCLOVER HOLDINGS, LLC,
CLOVER COMMUNITIES FUND I, L.P.,
CLOVER COMMUNITIES FUND II, L.P.,
CLOVER COMMUNITIES FUND III, L.P.,
CLOVER COMMUNITIES FUND IV, L.P.,
CLOVER COMMUNITIES FUND V, L.P.,
CLOVER COMMUNITIES FUND V, LLC,
MICHAEL L. JOSEPH,
ALLISON H. JOSEPH PENDLETON,
RICHARD A. GREENSPAN,
ROBERT D. JACK, and
EMILY BRADY,

                              Defendants.

***MEDIATION CERTIFICATION***

1:23-cv-406 EAW/MJP

I hereby certify that:

☐   The mediation session scheduled for _____ has been adjourned to _____.

☐   Case settled prior to the first mediation session.

☒   Mediation session was held on <u>02/01/2024</u>.

      ☐  *Case has settled.* (Comment if necessary).

      ☐  *Case has settled.*  (Comment below). Mediation will continue on _____.

      ☐  *Case has settled in part.* (Comment below). Mediation is complete.

      ☐  *Case has not settled.* (Comment below). Mediation will continue on _____.

      ☒  *Case has not settled.*  Mediation is complete.  The case will proceed toward trial pursuant to the Court's scheduling order.

**Date:**  <u>02/02/2024</u>         **Mediator:** <u>/s/ Vivian M. Quinn</u>

***Additional Comments:***
_____
_____

4893-4421-7250.1