Office of Clerk of Court
Western District of New York State
United States District Court
2 Niagara Square
Buffalo, NY 14202

Dear Sir/Madam,

I am writing to inform you of my resignation from Advocates for Justice, Chartered Attorneys. As a result, I will be transitioning to work as a sole practitioner representing the following client:

Peter Rizzo, Case Number: 1:23-cv-00406-EAW-MJP, Rizzo v. Clover Group, Inc. et al. Please update your records accordingly to reflect this change.

Furthermore, I would like to provide my new business address and email for any future correspondence:

Nate McMurray, Esquire
Business Address:
P.O. Box 1224
Grand Island, NY 14072

Email:
nate@mcmurraylaw.com

I kindly request that all communications and filings related to the aforementioned case be directed to the new address and email provided above. For your reference, my Stare Bar No, is 4572624.

Thank you for your attention to this matter. Should you have any questions or require further information, please do not hesitate to contact me.

Yours sincerely,

Nate McMurray