UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PETER C. RIZZO,

                        Plaintiff,

v.                                                Index No.: 1:23-cv-00406

CLOVER GROUP, INC.,
CLOVER MANAGEMENT, INC.,
CLOVER CONSTRUCTION MANAGEMENT, INC.,
CLOVER CONSTRUCTION MANAGEMENT WEST
CORP.,
CLOVER COMMUNITIES FUND I, L.P.,
CLOVER COMMUNITIES FUND II, L.P.,
CLOVER COMMUNITIES FUND III, L.P.,
CLOVER COMMUNITIES FUND IV, L.P.,
CLOVER COMMUNITIES FUND V, L.P.,
CLOVER COMMUNITIES FUND V, LLC,
MICHAEL L. JOSEPH,
ALLISON H. JOSEPH PENDLETON,
RICHARD A. GREENSPAN,
ROBERT D. JACK, and
EMILY BRADY,

                        Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiff and the defendants, by their undersigned counsel, stipulate that all claims, causes of action, and counterclaims should be dismissed on the merits, with prejudice, and without costs or attorneys' fees to any party.

Dated: March 29, 2024

**NATHAN MCMURRAY, ESQ.**
*Attorney for Peter Rizzo*

By: /s/ Nathan D. McMurray
    Nathan D. McMurray, Esq.
P.O. Box 1224
Grand Island, NY 14072

Dated: March __, 2024

**LIPSITZ GREEN SCIME CAMBRIA LLP**
*Attorneys for Richard A. Greenspan*

By:
    Joseph J. Manna, Esq.
    Christopher R. Poole, Esq.
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
(716) 849-1333

Dated: March __, 2024

**HODGSON RUSS LLP**
*Attorneys for Clover Group, Inc., Clover Management, Inc., Clover Construction Management, Inc., Clover Construction Management West Corp., Clover Communities Fund I, L.P., Clover Communities Fund II, L.P., Clover Communities Fund III, L.P., Clover Communities Fund IV, L.P., Clover Communities Fund V, L.P., Clover Communities Fund V, LLC, Michael L. Joseph, Allison H. Joseph Pendleton, Robert Jack, Emily Brady*

By:
    Adam W. Perry, Esq.
    Alexandria N. Rowen, Esq.
The Guaranty Building
140 Pearl Street – Suite 100
Buffalo, New York 14202
(716) 856-4000

| | |
|---|---|
| Dated: March __, 2024 | Dated: March 29, 2024 |
| **NATHAN MCMURRAY, ESQ.**<br>*Attorney for Peter Rizzo* | **LIPSITZ GREEN SCIME CAMBRIA LLP**<br>*Attorneys for Richard A. Greenspan* |
| By:<br>　　　Nathan D. McMurray, Esq.<br>P.O. Box 1224<br>Grand Island, NY 14072 | By: s/ Christopher R. Poole, Esq.<br>　　　Joseph J. Manna, Esq.<br>　　　Christopher R. Poole, Esq.<br>42 Delaware Avenue, Suite 120<br>Buffalo, New York 14202<br>(716) 849-1333 |

Dated: March 29, 2024

**HODGSON RUSS LLP**

*Attorneys for Clover Group, Inc., Clover Management, Inc., Clover Construction Management, Inc., Clover Construction Management West Corp., Clover Communities Fund I, L.P., Clover Communities Fund II, L.P., Clover Communities Fund III, L.P., Clover Communities Fund IV, L.P., Clover Communities Fund V, L.P., Clover Communities Fund V, LLC, Michael L. Joseph, Allison H. Joseph Pendleton, Robert Jack, Emily Brady*

By: s/ Alexandria N. Rowen, Esq.
　　　Adam W. Perry, Esq.
　　　Alexandria N. Rowen, Esq.
The Guaranty Building
140 Pearl Street – Suite 100
Buffalo, New York 14202
(716) 856-4000

25063237v1